Before DUNCAN, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellants in these consolidated appeals seek to appeal the district court's orders affirming the bankruptcy court's orders dismissing each of the three underlying adversary proceedings for lack of subject matter jurisdiction. Because we find that the proceedings were not "related to" the Chapter 11 bankruptcy case in which they were filed, *see Valley Historic Ltd. P'ship v. Bank of N.Y.*, 486 F.3d 831, 835 (4th Cir.2007), we affirm for the reasons stated by the district court. *Grathwol v. Coastal Carolina Developers, Inc.; Ann F. Grathwol Living Trust v. Coastal Carolina Developers, Inc.; Legacy Group of NC, Inc. v. Coastal Carolina Developers, Inc.*, Nos. 7:14–cv–00082–F; 7:14–cv–00083–F; 7:14–cv–00084–F (E.D.N.C. Jan. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Larry J. AUSTIN, Petitioner–Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 15–1229.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 30, 2015.

Decided: Jan. 12, 2016.

John Edward Williams, Law Offices of John Edward Williams, Alexandria, Virginia, for Appellant. Caroline D. Ciraolo, Acting Assistant Attorney General, Joan I. Oppenheimer, Melissa Briggs, Tax Division, United States Department of Justice, Washington, D.C., for Appellee.

Before MOTZ, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry J. Austin appeals from the tax court's orders: (1) denying his motion for litigation and administrative costs pursuant to 26 U.S.C. § 7430 (2012), and (2) denying his motion to reopen discovery. We have reviewed the materials before the court, including the parties' briefs and the tax court's opinions, and we find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *Austin v. Comm'r of Internal Revenue*, Tax Ct. No. 28393–09 (U.S. Tax Ct. Dec. 14, 2014; Dec.

17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*